No. 267. STROBEL *v.* MULCAHY, SHERIFF. See *ante,* p. 681.

No. 70. MARMON ET AL. *v.* ILLINOIS. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Charles P. R. Macaulay* for petitioners.

No. 84. PARADISE LAND & LIVESTOCK CO. *v.* FEDERAL LAND BANK OF BERKELEY. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. J. D. Skeen* for petitioner. *Mr. Richard W. Young* for respondent.

No. 85. CRANSON *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Leon de Fremery* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark, Messrs. Sewall Key, J. Louis Monarch* and *Miss Helen Goodner* for the United States.

No. 88. MESSLER *v.* UNITED STATES RUBBER CO. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Nathaniel Frucht* for petitioner. *Messrs. Newton A. Burgess* and *Lester G. Budlong* for respondent.

No. 89. DEPARTMENT OF CONSERVATION OF LOUISIANA ET AL. *v.* FEDERAL POWER COMMISSION ET AL.; and

No. 132. NATIONAL COAL ASSOCIATION ET AL. *v.* FEDERAL POWER COMMISSION. October 8, 1945. Petitions